| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ferenbach, Vincent C. | U. S. District Court, Nevada | 04/09/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Magistrate Judge - Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Lloyd D. George U. S. Courthouse
333 Las Vegas Boulevard South
Room #3005
Las Vegas, NV 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust (Revocable Trust for Estate Planning Purposes, wife is co-trustee) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 04/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/01/2017 | Legal Aid Center of Southern Nevada - Salary (employed full time) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America Checking/Money Market Accounts | A | Interest | K | T | | | | | |
| 2. Family Trust - U. S. Trust Account (H) | | | | | | | | | |
| 3. Cash - U. S. Trust Account | A | Interest | K | T | | | | | |
| 4. Columbia Dividend Income Fund Class Z Shares | A | Dividend | K | T | Sold (part) | 02/09/17 | J | C | |
| 5. | | | | | Sold (part) | 06/01/17 | J | C | |
| 6. | | | | | Sold (part) | 08/02/17 | J | C | |
| 7. | | | | | Sold (part) | 10/30/17 | J | B | |
| 8. Columbia Large Cap Growth Fund | A | Dividend | K | T | Sold (part) | 10/30/17 | J | B | |
| 9. Touchstone Sands Cap Select Growth Fund | | None | K | T | | | | | |
| 10. Columbia Mid Cap Index Fund Class Z Shares | A | Dividend | K | T | Sold (part) | 10/30/17 | J | B | |
| 11. Clearbridge Small Cap Growth Fund CL Y | | None | K | T | | | | | |
| 12. Artisan International Fund | A | Dividend | K | T | | | | | |
| 13. Columbia Acorn International Fund Class Z Shares | | None | | | Sold | 02/09/17 | K | B | |
| 14. Ishares MSCI Emerging Markets ETF | A | Dividend | K | T | Buy | 04/05/17 | J | | |
| 15. Columbia Intermediate Municipal Bond Fund Class Z Shares | A | Interest | K | T | Sold (part) | 02/09/17 | J | | |
| 16. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 17. | | | | | Sold (part) | 08/02/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br>P4 =More than $50,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Columbia High Yield Municipal FD Class Z Shares | A | Interest | J | T | Sold (part) | 08/02/17 | J | A | |
| 19. Pimco All Asset Fund Inst CL | A | Dividend | J | T | Buy (add'l) | 04/03/17 | J | | |
| 20. | | | | | Sold (part) | 06/01/17 | J | A | |
| 21. | | | | | Sold (part) | 08/02/17 | J | A | |
| 22. | | | | | Sold (part) | 10/30/17 | J | A | |
| 23. Ishares TR Cohen & Steers Reit ETF | | None | | | Sold | 03/17/17 | K | D | |
| 24. Testamentary Trust - U. S. Trust Account (H) | | | | | | | | | |
| 25. BofA Tax-Exempt Reserves Trust Class | A | Interest | J | T | | | | | |
| 26. Columbia Dividend Income Fund Class Z Shares | A | Interest | K | T | Sold (part) | 11/16/17 | J | A | |
| 27. | | | | | Sold (part) | 12/07/17 | J | D | |
| 28. Columbia Large Cap Growth Fund Class Z Shares | A | Dividend | K | T | Sold (part) | 11/16/17 | J | C | |
| 29. | | | | | Sold (part) | 12/07/17 | J | C | |
| 30. Columbia Mid Cap Growth Fund Class Z Shares | | None | J | T | | | | | |
| 31. Ishares Russell Mid-Cap Value | A | Dividend | K | T | | | | | |
| 32. CLEARBRIDGE SMALL CAP GROWTH FUND CL 1 | | None | K | T | | | | | |
| 33. Columbia Small Cap Value I Fund Class Z Shares | A | Dividend | J | T | | | | | |
| 34. Artizan International Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ISHARES MSCI EMERGING MARKETS ETF | A | Dividend | K | T | Buy | 10/31/17 | K | | |
| 36. Columbia Intermediate Municipal Bond Fund Class Z Shares | A | Interest | J | T | Sold (part) | 11/16/17 | J | A | |
| 37. | | | | | Sold (part) | 12/07/17 | J | A | |
| 38. Columbia Income Opportunites Fund Cl Z | A | Dividend | J | T | | | | | |
| 39. PIMCO ALL ASSET FUND INSTL CL | B | Dividend | K | T | Sold (part) | 11/16/17 | J | A | |
| 40. COLUMBIA REAL ESTATE EQUITY FUND | | None | | | Sold | 03/15/17 | J | B | |
| 41. PIMCO COMODITY REALRETURN STRATEGY FUND | A | Dividend | J | T | | | | | |
| 42. SPDR Gold TR Gold SHS | | None | J | T | | | | | |
| 43. Life Insurance Trust (H) | | | | | | | | | |
| 44. Bank of America Account | A | Interest | J | T | | | | | |
| 45. New York Life - Whole Life #1 | C | Dividend | M | T | | | | | |
| 46. Held Individually (H) | | | | | | | | | |
| 47. New York Life - Whole Life #2 | B | Dividend | L | T | | | | | |
| 48. USAA SUBSCRIBER SAVINGS ACCOUNT | A | Distribution | J | U | | | | | |
| 49. Shares - Pocono Mountain Bluestone Corporation | | None | L | W | | | | | |
| 50. Spouses 403(b) Account with Mutual of America(H) | | | | | | | | | |
| 51. Mutual of America Moderate Allocation Fund | | None | M | T | Buy (add'l) | 01/15/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 53. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 54. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 55. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 56. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 57. | | | | | Buy (add'l) | 04/15/17 | J | | |
| 58. | | | | | Buy (add'l) | 04/30/17 | J | | |
| 59. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 60. | | | | | Buy (add'l) | 05/31/17 | J | | |
| 61. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 62. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 63. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 64. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 65. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 66. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 67. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 68. | | | | | Buy (add'l) | 09/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 70. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 71. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 72. | | | | | Buy (add'l) | 11/30/17 | J | | |
| 73. | | | | | Buy (add'l) | 12/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 04/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Vincent C. Ferenbach**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544